Receipt # 1109/130
12/22/10 $5.23

# THOMAS J. GAFFNEY
BANKRUPTCY TRUSTEE
80 WEST HURON STREET
BUFFALO, NY 14202
Telephone: (716) 852-1102

December 20, 2010

Court Clerk
US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202



FILED
DEC 22 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re: <u>In re PARSONS, JANET L.</u>
Case No. 09-13117 CLB

Dear Clerk:

Enclosed please find Trustee Check No. 10109 in the amount of $5.23, payable to your Order re: claim # 4 GE Money $2.85 and Claim #8 Verizon $2.38.

For your records, I have also enclosed a copy of one (1) Order Allowing and the Claims Proposed Distribution.

Truly yours,

THOMAS J. GAFFNEY
Bankruptcy Trustee

# Claims Proposed Distribution

## Case: 09-13117   PARSONS, JANET L.

**Case Balance:** $1,200.42    **Total Proposed Payment:** $1,200.42    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 12.48 | 12.48 | 0.00 | 12.48 | 12.48 | 1,187.94 |
| | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 300.11 | 300.11 | 0.00 | 300.11 | 300.11 | 887.83 |
| | THOMAS J. GAFFNEY, ESQ. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 4.62 | 4.62 | 0.00 | 4.62 | 4.62 | 883.21 |
| | THOMAS J. GAFFNEY, ESQ. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 240.50 | 240.50 | 0.00 | 240.50 | 240.50 | 642.71 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **557.71** | **557.71** | **0.00** | **557.71** | **557.71** | |
| 1 | Class Act Delivery | Unsecured | 490.82 | 490.82 | 0.00 | 490.82 | 5.99 | 636.72 |
| 3 | GE Money Bank | Unsecured | 1,147.76 | 1,147.76 | 0.00 | 1,147.76 | 14.01 | 622.71 |
| 4 | GE Money Bank | Unsecured | 233.11 | 233.11 | 0.00 | 233.11 | 2.85 | 619.86 |
| 5 | Jim & Joan Tompson | Unsecured | 28,859.00 | 28,859.00 | 0.00 | 28,859.00 | 352.27 | 267.59 |
| 6 | Buffalo and Erie County Industrial Land Dev. | Unsecured | 21,727.16 | 21,727.16 | 0.00 | 21,727.16 | 265.21 | 2.38 |
| 8 | Verizon | Unsecured | 194.68 | 194.68 | 0.00 | 194.68 | 2.38 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **52,652.53** | **52,652.53** | **0.00** | **52,652.53** | **642.71** | |
| | **Total for Case 09-13117:** | | **$53,210.24** | **$53,210.24** | **$0.00** | **$53,210.24** | **$1,200.42** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---:|---:|---:|---:|---:|
| Total Administrative Claims: | $557.71 | $557.71 | $0.00 | $557.71 | 100.000000% |
| Total Unsecured Claims: | $52,652.53 | $52,652.53 | $0.00 | $642.71 | 1.220663% |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
PARSONS, JANET L.

Chapter 7

Case No. 09-13117 CLB

Debtor(s).

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
|---|---|---|
| | Compensation | Expenses |
| THOMAS J. GAFFNEY  *Trustee* | $ 300.11 | $ 12.48 |
| THOMAS J. GAFFNEY, ESQ.  *Trustee's Firm Legal* | $ 240.50 | $ 4.62 |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Notices | $ |
| Claims | $ |
| Complaints | $ |
| Other | $ |
| Total to Clerk | $ 0.00 |

Dated: 9/27/2010

NOV 2 4 2010

Honorable CARL L. BUCKI
United States Bankruptcy Judge

FILED
NOV 2 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.